UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE ELITE RODEO ASSOCIATON d/b/a ELITE RODEO ATHLETES, TREVOR BRAZILE, BOBBY MOTE, AND RYAN MOTES, individually and on behalf of a class of similarly situated individuals, | § § § § § § | |
| Plaintiffs, | § § | |
| | § | CASE NO. 3:15-cv-03609-M |
| v. | § § | |
| PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC. | § § § | |
| Defendant. | § § | |

## STIPULATION AND
~~[PROPOSED]~~ ORDER

WHEREAS, on November 16, 2015, Plaintiffs The Elite Rodeo Association d/b/a Elite Rodeo Athletes, Trevor Brazile, Bobby Mote, and Ryan Motes ("Plaintiffs") moved for a preliminary injunction (the "PI Motion");

WHEREAS, the Court held a hearing on the PI Motion on December 29, 2015 and a decision was reserved;

WHEREAS, Defendant Professional Rodeo Cowboys Association, Inc. ("PRCA") has agreed that Representative Plaintiffs and all members of the proposed Class (*see* Compl. ¶ 39) can compete in PRCA rodeos on an interim basis on certain terms and conditions; now, therefore, it is hereby

STIPULATED, AGREED, AND ORDERED THAT:

1)      PRCA agrees that Representative Plaintiffs and all members of the proposed Class (*see* Compl. ¶ 39), regardless of whether PRCA has issued these athletes a 2016 membership card, will be permitted to compete on a no-prejudice basis in PRCA-sanctioned

rodeos that they can and have entered and that are scheduled to take place during the 2016 regular season up to and through February 12, 2016; provided, however, that: (i) this does not include any Wrangler Champions Challenge events; and (ii) in the event the PI Motion is denied those competitions will not count for prize money (which will be held in escrow by PRCA or the venue with only the entry fee paid by a Representative Plaintiff or member of the proposed Class to be returned in this scenario), will not count for rankings by PRCA, and no additional claims will be asserted for this accommodation.

2)    The parties reserve their rights in all other respects.

Signed January _____5_____, 2016

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

AGREED:

BY:   s/ T. Ray Guy                                    BY:   s/ Michelle L. Davis

T. Ray Guy                                             Michelle L. Davis
Texas Bar No. 08648500                                 Michelle.Davis@skadden.com
ray.guy@weil.com                                       State Bar No. 24038854
Olivia Zimmerman Miller                                SKADDEN, ARPS, SLATE,
Texas Bar No. 24074724                                    MEAGHER & FLOM LLP
olivia.miller@weil.com                                 2521 Springer Rd.
WEIL, GOTSHAL & MANGES LLP                             Midlothian, TX 76065
200 Crescent Court, Suite 300                          Tel: (972) 723-6370
Dallas, Texas 75201-6950                               Fax: (713) 483-9197
Telephone:    (214) 746-7700
Facsimile:    (214) 746-7777                           Of Counsel:
                                                       James A. Keyte
OF COUNSEL:                                            James.Keyte@skadden.com
James W. Quinn (*pro hac vice*)                        Pro hac vice application forthcoming
James.quinn@weil.com                                   SKADDEN, ARPS, SLATE,
Eric S. Hochstadt (*pro hac vice*)                        MEAGHER & FLOM LLP

eric.hochstadt@weil.com
John R. Gerba (*pro hac vice*)
john.gerba@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:     (212) 310-8000
Facsimile:     (212) 310-8007

*Attorneys for Plaintiffs*

4 Times Square
New York, NY  10036
Tel: (212) 735-3000

Shannon Ratliff
sratliff@ratlifflaw.com
State Bar. No. 16573000
RATLIFF LAW FIRM PLLC
600 Congress Avenue, Suite 3100
Austin, Texas 78701
Tel:  (512) 493-9601
Fax:  (512) 493-9625

*Attorneys for Defendant*