UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ELITE RODEO ASSOCIATON d/b/a ELITE RODEO ATHLETES, TREVOR BRAZILE, BOBBY MOTE, AND RYAN MOTES, individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>v.<br><br>PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.<br><br>            Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CASE NO.  3:15-cv-03609-M |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiffs The Elite Rodeo Association d/b/a Elite Rodeo Athletes, Trevor Brazile, Bobby Mote, and Ryan Motes, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss the above captioned action against Defendant Professional Rodeo Cowboys Association, Inc. without prejudice.

Date: February 23, 2016

s/ T. Ray Guy
T. Ray Guy
Texas Bar No. 08648500
ray.guy@weil.com
Olivia Zimmerman Miller
Texas Bar No. 24074724
olivia.miller@weil.com
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Telephone:  (214) 746-7700
Facsimile:   (214) 746-7777

OF COUNSEL:
James W. Quinn (*pro hac vice*)
James.quinn@weil.com
Eric S. Hochstadt (*pro hac vice*)
eric.hochstadt@weil.com
John R. Gerba (*pro hac vice*)
john.gerba@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On February 23, 2016, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/ *T. Ray Guy*
T. Ray Guy